THE SIEGEL GROUP
A Division of the Siegel Group Nevada Inc.
3190 PARADISE ROAD · SUITE 150 · LAS VEGAS, NEVADA 89169
PHONE (702)921-1519 · FAX (702) 941-8517

1
2
3
4
5
6
7    IN THE UNITED STATES DISTRICT COURT

8    FOR THE DISTRICT OF NEVADA

9    KAREN DAW,                                   Case No.: 3:16-cv-00671-HDM-WGC

10                  Plaintiff,

11   vs.                                          ORDER GRANTING
                                                  STIPULATION AND ORDER FOR
12   THE SIEGEL GROUP NEVADA INC. and             DISMISSAL WITH PREJUDICE
     NEVADAN TOWER HOLDINGS, LLC,
13
                  Defendants.
14

15

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by Plaintiff KAREN DAW, by and through her undersigned counsel of record, and Defendants THE SIEGEL GROUP NEVADA INC. and NEVADAN TOWER HOLDINGS, LLC, by and through their undersigned counsel of record, that the above-captioned matter has been fully and finally resolved and settled. The Parties hereby stipulate pursuant to Fed. R. Civ. P. 41(a) that this matter be DISMISSED WITH PREJUDICE, with each party to bear their own attorneys' fees and costs.

DATED this 11th day of September, 2017.    DATED this 20th day of September, 2017.

BRANCART & BRANCART                        THE SIEGEL GROUP

Christopher Brancart, Esq.                 Michael Stein, Esq.
Liza Cristol-Deman, Esq.                   Kristine O'Quinn, Esq.
Post Office Box 686                        3790 Paradise Rd., Ste. 250
Pescadero, CA 94060                        Las Vegas, NV 89117
*Attorneys for Plaintiff*                  *Attorneys for Defendants*

DATED this 11th day of September, 2017.

NEVADA LEGAL SERVICES, INC.

Michelle Newman, Esq.
204 Marsh Avenue, Suite 101
Reno, Nevada 89509
*Attorney for Plaintiff*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: October 2, 2017

Page 2 of 2